FILED
APR 26 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

United States District Court
Eastern District of North Carolina
Western Division

Case No. 5:22-CT-3145-FL
(To be filled out by Clerk's Office only)

Christopher Rashawn Belfield

Inmate Number 1893667

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

(*Pro Se* Prisoner)

Sgt. Greenwood, Officer Durham, Officer Corbett, Officer Vargas

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Name: Christopher, Rashawn, Belfield

Prisoner ID #: 1093667

Place of Detention: Granville Correctional Institution

Institutional Address: 1001 Veazey Rd

City: Butner    State: NC    Zip Code: 27509

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee  ☐ State  ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **Sgt. Greenwood**
Name

"**Sgt**"
Current Job Title

**1001 Veazey Rd**
Current Work Address

**Butner, NC**     **NC**     **27509**
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: **Officer Durham**
Name

"**Officer**"
Current Job Title

**1001 Veazey Rd**
Current Work Address

**Butner**     **NC**     **27509**
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## Defendant(s) Continued

Defendant 3: __Officer "Corbett"__
Name

__"Officer"__
Current Job Title

__1001 Veazey Rd__
Current Work Address

__Butner__  __NC__  __27509__
City  State  Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4: __Officer "Vargas"__
Name

__"Officer"__
Current Job Title

__1001 Veazey Rd__
Current Work Address

__Butner__  __NC__  __27509__
City  State  Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: (H·Con) Housing "Special Housing" Observation cell

Date(s) of occurrence: (1·26·22)

State which of your federal constitutional or federal statutory rights have been violated:

"both" 8th Amendment "Cruel and unusual punishment!" under the "excessive force" policy and procedures!

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

> **Who did what to you?**

Sgt. Greenwood place me in full Restraints had me place in observation, I was given a directive to give them my Clothes, how in full restraints behind my back with waist Chains plus Schackles your guess as good as mine, Officers, (Durham) held the "Electric Sheild" over my head, why Officers (Corbett and Vargas, an Sgt. Greenwood) held me down to Cut my Clothes off me! why they use force Officer (Durham) Shock me all in the "head and face" with Electric Sheild! why The other Officers (Sgt. Greenwood, Corbett, Vargas) bent my risk put Elbows on my neck to get me to stop moving!

| | |
|---|---|
| What happened to you? | I was a victim of "excessive force." Shock with "electric sheild" in head and face beat up and pepper sprayed and refused to be given medical treatment! |
| When did it happen to you? | (1-26-22) at (10.15pm) after i was place in Restraints and put in "Special Housing"! |
| Where did it happen to you? | (H.Con) "Observation cell" Special Housing! |

| What was your injury? | "multiple" |

↳ Bite tounge Real Bad!

↳ ongoing migraine Headaches!

↳ On and off Sharp pains Through out face!

↳ low Buzzing Sound within my head That won't go away!

↳ Bruise Legs and Ribs!

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No
If no, explain why not:

N/A

Is the grievance process completed?  ☒ Yes  ☐ No
If no, explain why not:

N/A

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I would Like the Court to hold all involved Responsible and Sanction them by making them pay "monetary Damages" and the agency they work for see that they are Remove from positions so they can't violate No one else Rights or Take advantage of there position anymore to oppress!

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? __2__

Number each different lawsuit below and include the following:
- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

• TA - 29947 Christopher. R. Belfield v. Department of public Safety

↳ Negligence - "Slip & Fall"!

"Still pending"!

* Note Filed a 1983 it was "dismissed" Can't Remember Case Number, but it was in the Eastern District court!

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_____4·21·22_____          _____Chris Belfield_____
Dated                                              Plaintiff's Signature

_____Christopher Belfield_____
Printed Name

_____1093667_____
Prison Identification #

__1001 Veazey Rd__  __Butner__   __NC__  __27509__
Prison Address           City              State      Zip Code